## FIFTH DEPARTMENT, OCTOBER TERM, 1891.

Robert H. Shannon and another, Appellants, v. John H. Pickell and others, Respondents — Appeal from the order confirming the report of referee dismissed, without costs to either party. Judgment modified by striking out from the costs taxed in favor of the six defendants, heirs of John Pickell, all except the sum of $289.60, and as so modified affirmed, with ten dollars costs and disbursements of their appeal to the plaintiff to be paid by said six defendants. Opinion by Dwight, P. J.

Achille J. Oisher, Respondent, v. Guiseppe Lazzarone, Appellant. — Order appealed from reversed, with ten dollars costs and disbursements of the appeal, and the motion granted, with ten dollars costs. Opinion by Macomber, J.

La Fayette Cole, Appellant, v. The Fall Brook Coal Company, Respondent. — Order appealed from affirmed, with costs to abide the event. Opinion by Lewis, J.

Betsy Whitman, Administratrix, v. Matthew F. Foley and others, Respondents. — Order appealed from affirmed, with ten dollars costs and disbursements, and the motion denied. Opinion by Macomber, J.

De Villo W. Selye, Respondent, v. Frederick Zimmer, Appellant. — Judgment reversed and a new trial granted, with costs to abide the event, unless the plaintiff stipulates to deduct from the amount for which judgment was entered the sum of seventy-five dollars, with interest thereon from May 12, 1884, to the date of judgment; and if such stipulation is given, then judgment affirmed, without costs of this appeal to either party. Opinion by Dwight, P.J.

The People of the State of New York, Respondent, v. Stephen F. Sherman, Appellant. — Judgment and conviction affirmed; case remitted to the Court of Oyer and Terminer of Erie county to proceed thereon. Opinion by Lewis, J.

Edward Rock, Appellant, v. Retsof Mining Company. Respondent — Judgment and order appealed from affirmed. Opinion by Dwight, P. J.

George Foggan, Respondent, v. The Lake Shore and Michigan Southern Railway Company, Appellant — Judgment and order appealed from affirmed. Opinion by Macomber, J

Frederick Mohuk, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order appealed from affirmed on authority of Glushing v. Sharp, Receiver, etc. (96 N. Y , 676); Palmer v. New York Central and Hudson River Railroad Company (112 id., 234); Oldenburg v. Same (86 N. Y. St. Rep., 402). Lewis, J., not sitting.

Leonard A. Wooster, Respondent, v. The Western New York and Pennsylvania Railroad Company, Appellant. — Judgment and order appealed from affirmed. Opinion by Lewis, J.

Abram Shaver, Respondent, v. Nelson B. Eldred, Appellant. — Judgment of the County Court of Cayuga county reversed and a new trial granted, with costs to abide the event. Opinion by Macomber, J.

Charles Hartshorn, Respondent, v. Ransom M. Chaddock, Appellant. — Judgment appealed from affirmed. Opinion by Lewis, J.

John Fahy and another, Appellants, v. James C. Fargo, as President of the American Express Company, Respondent. — Reargument ordered. Dwight, P. J., not sitting.

Ludwig Herbst, Appellant, v. The Vacuum Oil Company, Respondent.— Order granting a new trial affirmed with costs of this appeal to abide the event. Opinion by Dwight, P. J.

John W Nolan, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order appealed from reversed and a new trial granted, with costs to abide the event. Opinion by Lewis, J.

Carrie Whalen, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order appealed from reversed and a new trial granted, with costs to abide the event. Opinion by Dwight, P. J.

William M. Brown, Appellant, v. Frank A. Burgett, Respondent —Judgment appealed from affirmed, with costs. Opinion by Dwight, P. J.

Frank Fleissner, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order appealed from reversed on the ground that the verdict was contrary to evidence, and a new trial ordered on payment by the defendant of the plaintiff's costs of the former trial. Opinion by Macomber, J.

Maria Moeller, Administratrix, etc , Respondent, v. Austin Brewster and others, Appellants. — Judgment and order appealed from affirmed; Macomber, J., not voting.

Samuel H. Torrey, Jr., Respondent, v. Henry Standish and another, Appellants. —Judgment appealed from affirmed. Opinion by Macomber, J.

John F. Parkes and another, Respondents, v. Miles A. Stafford and another, Appellants. — Judgment and order appealed from affirmed. Opinion by Lewis, J.

Catherine Toomey, Respondent, v. Arnold Lyman, Appellant. — Judgment and order of the County Court of Ontario county appealed from reversed and a new trial granted, with costs to abide the event. Opinion by Dwight. P. J.

C. Frank Pitcher, Respondent, v. The Lake Shore and Michigan Southern Railroad Company, Appellant. — Judgment and order appealed from affirmed. Opinion by Macomber, J.; Dwight, P. J., dissenting.

William Garratt, Appellant, v. The Trustees of the Village of Canandaigua, Respondents. — Judgment appealed from affirmed, with costs. Opinion Per Curiam left with Lewis, J.

In the Matter of Charles E. Opdike, Jr., an Attorney at Law. — Report of referee confirmed, the respondent removed from the office of attorney and counselor at law and his name struck from the roll. Opinion by Lewis, J.

In the Matter of a Judgment Recovered by Ezekiel Fleming, Judgment Creditor, Respondent, v. Albion W Tourgee and another, Judgment Debtors, Emma K. Tourgee, a Third Person in Supplementary Proceedings in such action, Appellants. — Order appealed from affirmed, with ten dollars costs and disbursements. Opinion by Macomber, J.; Lewis, J., not sitting.

Emma K. Enos, Respondent, v. John A. Enos, Appellant. — Judgment and order appealed from affirmed.

Nicholas C. Newerf and another, Respondents, v. Thomas A. Jebb and another, Appellants. — Judgment appealed from affirmed, with costs. (See opinion on former appeal, 6 N. Y. Supp., 581.)

Rochester Lantern Company, Respondent, v. The Stiles & Parker Press Company, Appellant. — Judgment appealed from affirmed. Opinion by Lewis, J.

Edward F. Lathrop and another, Appellants, v. Henry M. Ellsworth and another, Respondents, Impleaded, etc. — Judgment appealed from affirmed. Opinion by Dwight. P. J.

De Witt C. Reed, Respondent, v. Nathaniel Chilson and another, Appellants. — Judgment appealed from affirmed. Macomber, J., not sitting.

Martha Bennett, by Guardian, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Order appealed from affirmed, and judgment ordered for the plaintiff on the verdict. Opinion by Lewis, J.